BROADWAY BOXING CLUB, INC., Appellant, v. BUSHWICK NATIONAL BANK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

GEORGE T. BURNS, Respondent, v. JACOB RABINOWITZ, Appellant.— Order granting plaintiff's motion for judgment on the pleadings, and judgment entered thereon, reversed upon the law and the facts, with costs to appellant to abide the event, and motion for judgment denied, with ten dollars costs, upon the ground that the answer sets forth an equitable defense which should be disposed of by trial and not by motion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

THOMAS CANNING, as Administrator, etc., of FRANCIS CANNING, Deceased, Respondent, v. MARCUS PILDESCU and MORRIS GREEN, Copartners, etc., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

MARY I. CAREY, Appellant, v. JOHN CAREY and Others, Respondents.— Order in so far as it fixed allowance to plaintiff at $120 modified by making such allowance $361.75, being five per cent on the value of the interest in the real estate of plaintiff's deceased husband at the time of his death; and as so modified, order affirmed, without costs.* No opinion. Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ., concur.

FORREST S. CHILTON and MARTY BROOKS, Respondents, v. JACK DONCOURT and FRANK GRIFFITH, Appellants.— Judgment, and order denying motion to resettle decision and judgment, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

GERTRUDE M. CLAPP, Respondent, v. ALBERT D. CLAPP, Defendant. FABER F. CLAPP, in Persona, and as Executor and Trustee, etc., of IDELL A. CLAPP, Appellant. — Order reversed upon the law, without costs, and motion to dismiss the action for lack of jurisdiction granted, without costs. An action in this State to enforce a judgment for unpaid alimony rendered in another jurisdiction is necessarily an action to recover a sum of money only. The provisions of sections 1171 and 1171-a of the Civil Practice Act are remedial only when an action has been brought in this State and judgment rendered therein (§ 1171),† or in an action for divorce or separation (§ 1171-a).‡ Jurisdiction of defendant Albert D. Clapp was not obtained, because of failure of proof that a warrant of attachment, granted in the action, has been levied upon his property within the State. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK ex rel. GERTRUDE DERMODY, Respondent, v. GEORGE MILLER, Appellant.— Order of filiation of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.